984

No. 629. FEDERAL TRADE COMMISSION *v.* SUN OIL CO. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Elliott Moyer* and *James McI. Henderson* for petitioner. *Leonard J. Emmerglick, Henry A. Frye* and *Richard L. Freeman* for respondent. ▮▮▮▮▮

No. 632. CLEARY *v.* BOLGER. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *William P. Sirignano* and *Irving Malchman* for petitioner. ▮▮▮▮▮

No. 191. LOWY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Maurice V. Seligson* and *Myer I. Kleinberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Carolyn R. Just* for respondent. ▮▮▮▮▮

No. 587. MITTELMAN *v.* UNITED STATES;
No. 588. PETTIT *v.* UNITED STATES; and
No. 589. MEREDITH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Osmond K. Fraenkel* for petitioner in No. 587. *Frederick W. Scholem* for petitioners in Nos. 588 and 589. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States. Reported below: 294 F. 2d 928.